UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES MATTHEW SCHMITZ

VERSUS

THE STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, OFFICE OF
STATE POLICE, ET AL

CIVIL ACTION

NO. 07-891-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 11, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss filed by defendants the State of Louisiana, through the Department of Public Safety and Corrections, Office of State Police, and Colonel Henry L. Whitehorn is denied.

Baton Rouge, Louisiana, February 19, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA